494 A.2d 380

**PENN–CAMBRIA SCHOOL DISTRICT, Petitioner**

v.

**The CAMBRIA COUNTY COURT OF COMMON PLEAS; The Pennsylvania Labor Relations Board; The Pennsylvania Bureau of Mediation; and The Pennsylvania Department of Education.**

Supreme Court of Pennsylvania.

Argued June 18, 1985.

Decided June 24, 1985.

Alex E. Echard, Greensburg, for petitioner.

Anne E. Covey, James Crawford, Harrisburg, for Pa. Labor Rel. Bd.

Thomas F. Halloran, for Bureau of Mediation and Dept. of Educ.

William K. Eckel, Johnstown, for Educ. Ass'n.

Charles W. Johns, Howland W. Abramson, for Judge O'Kicki.

Administrative Office of Pa. Courts, Philadelphia, Linda J. Wells, Asst. Counsel Dept. of Educ., Harrisburg, Thomas F. Halloran, Senior Deputy Atty. Gen., Pittsburgh, for respondent.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

**PER CURIAM**

AND NOW, this 24th day of June, 1985, Petitioner's requested relief is denied. The name of Judge Joseph O'Kicki is now and hereby stricken from the caption.

ZAPPALA, J., dissents and would grant the writ of prohibition and dismiss for lack of subject matter jurisdiction.